**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**In The Matter Of:**

SHAWN R DEFOREST
CHRISTINE J DEFOREST

Debtor(s)
_____________________________________/

**In Bankruptcy:**

Case No. 09-43502-SWR
Chapter 7
Hon. STEVEN W. RHODES

**NOTICE OF UNCLAIMED DIVIDEND**

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $746.21 represents unclaimed dividends in this Estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| Claimant | Claim No. | Amount of Dividend |
| --- | --- | --- |
| Wayne County Treasurer<br>400 Monroe 5th Floor<br>Detroit, MI 48226 | 1 | $520.82 |
| The Hanover Insurance Group<br>Legal Collections<br>PO Box 4031<br>Woburn, MA 01888-4031 | 14 | $225.39 |

**Total: $746.21**

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 09/30/2011

09-43502-swr    Doc 102    Filed 09/30/11    Entered 09/30/11 17:03:22    Page 2 of 2